UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 12-4816 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

**COUNSEL FOR:** Appellant

Onesimo Marcelino _____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

*Kenneth W. Ravenell*
(signature)

Kenneth W. Ravenell                    410-951-8777
Name (printed or typed)                Voice Phone

Murphy & Falcon. P.A.                  41-0539-6599
Firm Name (if applicable)              Fax Number

One South Street, 23rd floor

Baltimore, Maryland  21202             kenneth.ravenell@mfmrk.com
Address                                E-mail address (print or type)

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2012 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Stephen Miller, Esquire              Ann Marie Reardon, Esquire
Laura Marshall, Esquire              Office of the Attorney General
Office of the U S Attorney           900 E. Main Street
600 E. Main Street, Suite 1800       Richmond, VA  23219
Richmond, VA  23219

*Kenneth W. Ravenell*                 11/9/2012
Signature                             Date

11/17/2011
SCC